# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**KURELL BROWN,**

      vs.                                        CASE NUMBER: 9:12-CV-01346 GTS-TWD

**JOHN DOE, Nurse Admin. of Great Meadow Corr. Facility; SUPERINTENDENT, Great Meadow Corr. Facility; and R. BRUNELLE, SHU Nurse at Great Meadow Corr. Facility ,**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED : Pursuant to the Decision and Order of the Honorable Glenn T. Suddaby, United States District Court Judge, dated the 25th day of March, 2014, **ORDERED** that Magistrate Judge Dancks' Report- Recommendation (Dkt. No. 51) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further **ORDERED** that Plaintiff's motion for summary judgment (Dkt. No. 39) is **DENIED**; and it is further **ORDERED** that Defendants' cross-motion for summary judgment (Dkt. No. 46) is **GRANTED**; and it is further **ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**. The Court certifies, for purposes of 28 U.S.C. § 1915(a)(3), that any appeal taken from this Decision and Order would not be taken in good faith.

DATED: March 25, 2014

*(signature)*
Clerk of Court

ENTERED 3/25/2014
BY PTM

-S-
P.T. McBrearty
Deputy Clerk